**Barbara B. KABLER, Adm'x, Estate of
Edna F. Blankenship, Deceased,
et al., Appellants,**

v.

**Dr. Jack ENSOR, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

James E. Clarkson, Maysville, Herbert D. Sledd, Brown, Sledd & McCann, Lexington, for appellant.

Woodson T. Wood, Fox, Wood & Wood, Maysville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**E. A. LEE, Appellant,**

v.

**Eli J. GEORGE et al., Appellees.**

Court of Appeals of Kentucky.

June 28, 1974.

Frank E. Haddad, Jr., Mark Davis, Jr., Louisville, for appellant.

Robert Spragens, Jr., Spragens, Avritt & Spragens, Lebanon, for appellees.

Memorandum Opinion of the Court by Special Commissioner WILLIAM G. FUQUA, Affirming.*